OPINION — AG — **** BOARD OF BARBER EXAMINERS — LEGAL COUNSEL **** UNDER THE PROVISIONS OF 59 O.S. 1961 78 [59-78], THE STATE BOARD OF BARBER EXAMINERS DOES NOT HAVE THE AUTHORITY TO HIRE OUTSIDE PRIVATE CONSULTANTS. THE OKLAHOMA STATE BOARD OF BARBER EXAMINERS ALSO DOES NOT HAVE AUTHORITY TO HIRE OUTSIDE ATTORNEYS FOR COUNSEL. CITE: 74 O.S. 1961 18 [74-18] (GARY GLASGOW)